UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS HOLLY STEPHENS,<br><br>Defendant. | Case No. CV-19-029-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the United States and against the Defendant.

    Dated this 24th day of September 2020.

                        TYLER P. GILMAN, CLERK

                        By: /s/ H. Gauthier
                        H. Gauthier, Deputy Clerk